UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-CR-34 |
| v. ) | |
| ) | JUDGE COLLIER |
| ROBBIE TAYLOR BELL ) | MAGISTRATE JUDGE CARTER |

REPORT AND RECOMMENDATION

The Court is in receipt of a letter and Forensic Evaluation from the Federal Bureau of Prisons in Miami, Florida. It is the opinion of the examiner that defendant does not suffer from a severe mental disorder or defect that would preclude his ability to understand the nature and consequences of the proceedings against him, or to assist his attorney in his own defense and the defendant is considered to be competent to proceed with the judicial process. It is also the opinion of the examiner that the defendant did not suffer from a mental illness that interfered with his ability to appreciate the nature and quality or wrongfulness of his actions.

A waiver of competency hearing was filed by Atty. Hilary Hodgkins on January 16, 2013. The Court therefore RECOMMENDS on the basis of the waiver and the Forensic Evaluation that defendant be found competent to stand trial.[1]

S/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE

---

[1] Any objections to this Report and Recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Such objections must conform to the requirements of Rule 59(b)(2) of the Federal Rules of Criminal Procedure. Failure to file objections within the time specified waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 88 L.Ed.2d 435, 106 S.Ct. 466 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive or general. *Mira v. Marshall*, 806 F.2d 636 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Federation of Teachers*, 829 F.2d 1370 (6th Cir. 1987).