UNITED STATES OF AMERICA    )
       )     1:12-CR-34
v.           )
       )     Judge Curtis L. Collier
ROBBIE TAYLOR BELL     )

## O R D E R

Defendant Robbie Taylor Bell ("Defendant") filed a motion to suppress evidence and his statement in this case (Court File No. 28). The motion was referred to United States Magistrate Judge William Carter, who held a hearing and subsequently filed a Report and Recommendation ("R&R") concluding Defendant's motion should be denied (Court File No. 34). Defendant timely objected (Court File No. 35). The government did not respond to Defendant's objection. For the following reasons, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 34). Accordingly, Defendant's motion to suppress is **DENIED** (Court File No. 28).

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**